UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WBSY LICENSING, LLC

    Plaintiff,

v.                                   Case No. 3:21-CV-00805-MMH-JBT

DUVAL COUNTY SCHOOL BOARD,

    Defendant.

_____

### Uniform Case Management Report

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   The parties conducted the planning conference on 12/6/2021. Jessica Bodger Rydstrom, Denis R. Hurley, and Jared Burns attended the conference on behalf of the Plaintiff. Helen Roberson and James Millard attended on behalf of the Defendant.

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

   | Action or Event | Date |
   |---|---|
   | Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 1/31/2022 |
   | Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 4/22/2022 |
   | Deadline for the completion of fact discovery and filing any motion to compel, and Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021); Fed. R. Civ. P. 26(a)(2). | 8/12/2022 |

| | |
|---|---|
| Defendant's deadline for disclosing any expert report. | 9/16/2022 |
| Deadline for disclosing any rebuttal expert report. | 10/21/2022 |
| Deadline for the completion of expert discovery. | 11/18/2022 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 12/16/2022 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>The parties are meeting and conferring with respect to the identity of the mediator and will submit their proposal to the court within 30 days of this filing. | 1/20/2023 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 2/3/2023 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 2/17/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | April 2023 |
| Month and year of the trial term. | May 2023 |

The trial will last approximately 5 days and be

☐ jury.
☒ non-jury.

## 3. Description of the Action

This is a breach of contract action in which plaintiff alleges that defendant failed to honor a purchase right provision in a lease agreement between the parties.

## 4. Disclosure Statement

2

☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

   > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

   ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

      ☒ Yes.
      ☐ No; instead, the parties agree to these changes: enter changes.

   B. Discovery may be needed on these subjects: Intent of the parties entering into the contract at issue; Plaintiff's request to purchase the license and Defendant's responses; other issues relevant to contract interpretation.

   C. Discovery should be conducted in phases:

      ☐ No.
      ☒ Yes; the parties think that fact discovery should proceed before expert discovery.

   D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

      ☒ No.
      ☐ Yes; describe the issue(s).

   E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F.  The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

**10. Request for Special Handling**

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

**11. Certification of familiarity with the Local Rules**

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

**12. Signatures**

/s/ Michael A. Abel  
Dated: 12/8/2021

ABEL BEAN LAW  
Michael A. Abel  
Jared J. Burns  
100 N. Laura Street Suite 501  
Jacksonville, FL 32202  
Telephone: (904) 944-4100  
mabel@abelbeanlaw.com  
jburns@abelbeanlaw.com

/s/ Jessica Bodger Rydstrom  
Dated: 12/8/2021

/s/ Helen Peacock Roberson  
Dated: 12/8/2021

Helen Peacock Roberson  
Laura J. Boeckman  
James Millard  
117 West Duval Street, Suite 480  
Jacksonville, Florida 32202  
Tel: (904) 255-5100  
Fax: (904) 255-5120  
Hroberson@coj.net  
LBoeckman@coj.net  
JMillard@coj.net

*Counsel for Duval County School Board*

Williams & Connolly LLP
Kenneth J. Brown
Jessica Bodger Rydstrom
Denis R. Hurley
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
kbrown@wc.com
jrydstrom@wc.com
dhurley@wc.com

*Attorneys for WBSY Licensing LLC*