UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WBSY LICENSING, LLC,

    Plaintiff,

vs.                                                         Case No.   3:21-cv-805-MMH-JBT

DUVAL COUNTY SCHOOL
BOARD,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 27; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on May 10, 2022.  In the Report, Judge Toomey recommends that Defendant's Motion to Dismiss Complaint (Dkt. No. 12) be denied.  See Report at 1, 7.  No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d

776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 27) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss Complaint (Dkt. No. 12) is **DENIED**.

3. Defendant shall have up to and including **June 9, 2022**, to file an answer to the Complaint.

**DONE AND ORDERED** in Jacksonville, Florida, this 31st day of May, 2022.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record