# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WBSY LICENSING LLC,

    Plaintiff,

v.

DUVAL COUNTY SCHOOL BOARD,

    Defendant.

Case No. 3:21-cv-805-MMH-JBT

## **UNOPPOSED MOTION FOR SPECIAL ADMISSION**

R. Kennon Poteat, III, Esquire, moves for special admission to represent Plaintiff WBSY Licensing LLC in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court for the Eastern District of Virginia, and the United States District Court for the Western District of Virginia.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

*NSAC, LLC v. The School Board of St. Lucie County, Florida*, No. 2:22-cv-14106-AMC (S.D. Fla.)

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ R. Kennon Poteat III
R. Kennon Poteat III
WILLIAMS & CONNOLLY LLP
kpoteat@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

## Local Rule 3.01(g) Certification

Counsel for Plaintiff conferred with counsel for Defendant, and Defendant does not oppose the relief requested herein.

Dated: July 6, 2022

/s/ Jared J. Burns

ABEL BEAN LAW, P.A.
Michael A. Abel
Jared J. Burns
100 N. Laura Street Suite 501
Jacksonville, FL 32202
Telephone: (904) 944-4100
mabel@abelbeanlaw.com
jburns@abelbeanlaw.com

WILLIAMS & CONNOLLY LLP
Kenneth J. Brown
Jessica Bodger Rydstrom
R. Kennon Poteat
Denis R. Hurley
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
kbrown@wc.com
jrydstrom@wc.com
kpoteat@wc.com
dhurley@wc.com

*Attorneys for WBSY Licensing LLC*

## CERTIFICATE OF SERVICE

I certify that, on July 6, 2022, I electronically filed a copy of the foregoing document with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

/s/ *Jared J. Burns*