# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WBSY LICENSING, LLC,

        Plaintiff,

  v.

DUVAL COUNTY SCHOOL BOARD,

        Defendant.

Case No.: 3:21-cv-805-MMH-JBT

## UNOPPOSED MOTION TO WITHDRAW

Denis R. Hurley, counsel for Plaintiff WBSY Licensing, LLC, under Local Rule 2.02(c), moves to withdraw as counsel for Plaintiff. In support thereof, Mr. Hurley states:

1. The Court granted Mr. Hurley's Motion to Appear Pro Hac Vice in this action by Order dated September 2, 2022 (Doc. 9).

2. Mr. Hurley is resigning the law firm of Williams & Connolly LLP and will no longer be serving as an attorney for Plaintiff in this action.

3. The law firm of Williams & Connolly LLP will remain as lead trial counsel for Plaintiff, which will continue to be represented by the other counsel of record.

4. Under Local Rule 2.02(c), Plaintiff consents to the withdrawal.

Local Rule 3.01(g) Certification

The movant has conferred with counsel for Defendant who consent to the requested withdrawal.

WHEREFORE, Denis R. Hurley respectfully requests that he be authorized to withdraw as counsel for Plaintiff in this action.

Dated:  November 28, 2022

Respectfully submitted,

/s/ Denis R. Hurley
WILLIAMS & CONNOLLY LLP
Kenneth J. Brown
R. Kennon Poteat III
Jessica Bodger Rydstrom
Denis R. Hurley
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*kbrown@wc.com*
*kpoteat@wc.com*
*jrydstrom@wc.com*
*dhurley@wc.com*

ABEL BEAN LAW, P.A.
Michael A. Abel, Esq.
Florida Bar No. 0075078
Jared J. Burns
Florida Bar No. 1003415
100 North Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone: (904) 944-4100
*mabel@abelbeanlaw.com*

jburns@abelbeanlaw.com

*Attorneys for Plaintiff WBSY Licensing LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael A. Abel