UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DUVAL COUNTY

WBSY,

    Plaintiff(s),

v.                                                                  CASE NO: 3:21-CV-805

Duval County School Board,

    Defendant(s).
_____/

**MEDIATOR'S REPORT**

In accordance with Local Rule 9.06, William E. Adams, Jr. files this Mediation Report and states as follows:

Mediation in the above-styled case was held in-person on February 15, 2023, commencing at 9:30 a.m. All required parties had authority to settle the case and were present.

The case settled at mediation.

Dated February 16, 2023.

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was provided to all counsel of record via electronic mail on February 16, 2023.

                Respectfully submitted,

                /s/ William E. Adams, Jr.
                William E. Adams, Jr.
                Fla. Mediator #10886R
                Adams Dispute Resolution
                60 Ocean Boulevard, Suite 12
                Atlantic Beach, Florida 32233
                (904) 478-0079
                bill@adamsdisputeresolution.com

                Mediator